UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

DEVONNE DOTSON,

                                          Plaintiff,

                  -against-

THE BOARD OF EDUCATION OF THE, CITY
SCHOOL DISTRICT OF THE CITY NEW YORK and
THE DEPARTMENT OF EDUCATION OF THE CITY
OF NEW YORK,

                                          Defendants.
-------------------------------------------------------------------- X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

16 Civ. 01359 (LDH) (PK)

        **WHEREAS,** plaintiff commenced the above-captioned action alleging claims against the defendants The Department of Education of the City of New York and The Board of Education of the City School District of the City of New York ("defendants"), and;

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations, and;

        **WHEREAS,** no party to this proceeding is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of this proceeding;

        **WHEREAS,** the parties now desire to resolve all of the issues raised in the litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties as represented below, that the above-captioned action be, and it hereby is, dismissed, with prejudice and without costs, fees or disbursements and that this stipulation may be filed without further notice or process.

Dated: New York, New York
       Jan 30, 2017

**STEWART LEE KARLIN LAW GROUP P.C.**
Attorneys for Plaintiff
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670

By: _____
    Stewart Lee Karlin

**ZACHARY W. CARTER**
Corporation Counsel of City of New York
Attorney for Defendants
100 Church Street, Room 2-184
New York, New York 10007
(212) 356-2445

By: _____
    Kristen McIntosh
    Assistant Corporation Counsel